

U.S. Department of Justice

Federal Bureau of Prisons

Federal Detention Center

33 NE 4th Street
Miami, Fl 33132

March 11, 2010

The Honorable William B. Mitchell Carter
United States Magistrate Judge
Eastern District of Tennessee
900 Georgia Avenue, Room 102
Chattanooga, TN 37402

Re:    Name:    **Leslie Apger**
       Reg. No:  **42573-074**
       Case No:  **1-09-cr-181**

Dear Judge Carter:

On January 26, 2010, an Order of the Court committed Ms. Leslie Apger, to the custody of the Bureau of Prisons for a thirty day mental health evaluation under the provisions of Title 18, United States Code, Section 4241. The Court is requesting an opinion whether the defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

Ms. Apger arrived for the evaluation at the Federal Detention Center, Miami, Florida, on March 9, 2010. As noted in your order, the evaluation period commenced on the date of her arrival at this facility. Therefore, the adjusted period of examination would end April 8, 2010.

The Court can expect to receive the report within fifteen days after the termination date of the examination period. This amount of time is necessary to complete the report which will be submitted in a prompt and timely manner.

If you have any questions or concerns, please do not hesitate to contact me at (305) 982-1277, or facsimile number (305) 536-7368.

Sincerely,

Kenny Atkinson
Warden

**Name:** Leslie Apger
**Reg. No:** 42573-074
**Case No:** 1-09-cr-181

cc:

Mr. Scott A. Winne
Assistant United States Attorney
Office of the U.S. Attorney
1110 Market Street, Suite 301
Chattanooga, TN 37402


Mr. Curtis L. Bowe, III
BOWE & ASSOCIATES, PLLC
**Attorney for Defendant**
707 Georgia Avenue, Suite 302
Chattanooga, TN 37402