UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:09-CR-181 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| LESLIE APGER | ) | |
| | ) | |

## ORDER

On June 23, 2010, United States Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation ("R&R") (Court File No. 557) recommending the Defendant Leslie Apger ("Defendant") be found competent to stand trial.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact and conclusions of law. Therefore, pursuant to 28 U.S.C. § 636(b)(1), the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 557) and finds Defendant competent to stand trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**